[No. 22328-7-II.    Division Two.    September 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT SALAS
LOPEZ, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Lewis
County, No. 97-1-00279-1, H. John Hall, J., entered August
21, 1997. *Affirmed in part* and *reversed in part* by unpublished opinion per Morgan, J., concurred in by Bridgewater,
C.J., and Seinfeld, J.

[No. 23010-1-II.    Division Two.    September 24, 1999.]

DAY CONSTRUCTION, INC., *Appellant*, v. NORTHCLIFFE
LIMITED PARTNERSHIP, ET AL., *Respondents*, DOUGLAS A.
YOST, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 95-2-11043-1, John A. McCarthy, J., entered
February 24, 1998. *Affirmed* by unpublished opinion per
Armstrong, A.C.J., concurred in by Seinfeld and Houghton,
JJ.

[No. 23081-0-II.    Division Two.    September 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH ELMER
SUNDE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 97-1-04410-5, Sergio Armijo, J., entered February 6, 1998. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Bridgewater, C.J., and Hunt, J.
Now published in part at 98 Wn. App. 515.

[No. 23141-7-II.    Division Two.    September 24, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO
HORACIO VASQUEZ-JUAREZ, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz
County, No. 97-1-00643-8, Stephen M. Warning, J., entered
March 26, 1998. *Affirmed* by unpublished opinion per
Houghton, J., concurred in by Morgan and Seinfeld, JJ.